Civil Action No. 1:26-cv-07833

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* guoshenganle(beijing)kejiyouxiangongs and all other Def
was received by me on *(date)* 08/03/2026 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: On August 4, 2026, I sent an email to the email addresses provided for Defendants by the third party with the summons, the complaint and the Court's Order authorizing electronic service.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/05/2026

Jianxu Lam
*Server's signature*

Jianxu Lam
*Printed name and title*

______
*Server's address*

Additional information regarding attempted service, etc:

# Schedule B

| No. | Def. No. | Store Name |
|---|---|---|
| 1 | 2 | guoshenganle(beijing)kejiyouxiangongs |
| 2 | 3 | EclatStore316 |
| 3 | 6 | chen jiang quan |
| 4 | 8 | anghaaoyou |
| 5 | 9 | EclatStore731 |
| 6 | 10 | Befana hair |
| 7 | 12 | guizhouliujianfengmaoyiyouxiangongsi |
| 8 | 13 | EclatStore685 |
| 9 | 14 | DZCT-TR |
| 10 | 16 | bozhoujuhuijianshegongchengyouxiangongsi |
| 11 | 17 | BerdyMary |
| 12 | 20 | EclatStore624 |
| 13 | 25 | guangzhoutuanhuishangmaoyouxiangongsi |
| 14 | 29 | alikuajingyouxuan |
| 15 | 30 | EclatStore784 |
| 16 | 41 | EclatStore458 |
| 17 | 42 | ATTAIN |
| 18 | 43 | CHH1988 |
| 19 | 46 | FCABBLEY STORE |
| 20 | 47 | AiYouZhuangShiGongCheng |
| 21 | 50 | Bemerber Store |
| 22 | 60 | gofuch |
| 23 | 64 | haerbinshiqionghuashangmaoyouxiangongsi |
| 24 | 65 | gaotangxinyuyuanlingongchengyouxiangongsi |
| 25 | 70 | Anshirui |
| 26 | 74 | Baozangwu |
| 27 | 75 | Five-Star Goodseller |
| 28 | 80 | Bokon Industrial |
| 29 | 83 | Eyhuoaa Dresses |
| 30 | 91 | Cheeshay Parts Store |
| 31 | 93 | EuphoriaDoll |
| 32 | 94 | backpackzone |
| 33 | 96 | homepads |
| 34 | 100 | EclatStore265 |
| 35 | 106 | EclatStore973 |
| 36 | 108 | Borablanc |
| 37 | 114 | EclatStore391 |
| 38 | 115 | EvaHandmade |
| 39 | 116 | GuXianQiangWan |
| 40 | 125 | EclatStore280 |

| | | |
|---|---|---|
| 41 | 127 | aijincheng |
| 42 | 131 | GUIDISHANGMAO |
| 43 | 132 | CAIXINYAN020 |
| 44 | 133 | EclatStore659 |
| 45 | 139 | EclatStore416 |
| 46 | 142 | Breathe-PWM |
| 47 | 145 | EclatStore389 |
| 48 | 146 | CocoGo |
| 49 | 148 | Jiangmen Liangyu Packaging Material Co., Ltd. |
| 50 | 150 | Vera590 |
| 51 | 152 | AnHaiJun076 |
| 52 | 153 | EclatStore027 |
| 53 | 162 | Artribiomax Vitaminado |
| 54 | 166 | Berberine Health |