**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Shenzhen Zhipai Network Technology Co., Ltd.,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-07833

Honorable Thomas M. Durkin

**AGREED MOTION FOR ENTRY OF ORDER AUTHORIZING DEDUCTION AND REMITTANCE OF SETTLEMENT FUNDS FROM E-COMMERCE PLATFORM**

Plaintiff Shenzhen Zhipai Network Technology Co., Ltd. ("Plaintiff"), by and through undersigned counsel, respectfully moves for entry of an order directing Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") to deduct specified settlement payments from the Amazon seller accounts associated with the settling Defendants identified in Exhibit 1 and remit those funds to Plaintiff's counsel in accordance with the parties' written settlement agreements.

In support of this motion, Plaintiff states as follows:

1. Plaintiff and the Defendants identified in Exhibit 1 (the "Settling Defendants") have resolved Plaintiff's claims against those Settling Defendants through written settlement agreements.
2. Under the settlement agreements, Settling Defendants agreed to pay Plaintiff the settlement amount listed for them in Exhibit 1.

3. Settling Defendants authorized and requested that their settlement payment be satisfied by deduction of the agreed settlement amount from the current and/or future funds maintained with that Settling Defendants' Amazon seller account.

4. Settling Defendants also consented to Plaintiff's submission of a proposed order requesting that the Court direct Amazon to process the authorized deduction and remittance.

5. Amazon has advised that it requires a court order before processing the requested deductions and remittance from the identified Amazon seller accounts.

6. The requested order is therefore necessary to implement the parties' settlement-payment mechanism. The proposed order is limited to the specific seller accounts and settlement amounts identified in Exhibit 1 and is not sought as a contested adjudication of liability.

WHEREFORE, Plaintiff respectfully requests that the Court enter the accompanying proposed order directing Amazon to deduct the settlement amounts identified in Exhibit 1 from the Amazon seller accounts associated with the Settling Defendants identified therein and remit those funds to Plaintiff's counsel, and grant such other and further relief as the Court deems just and proper.

DATED: August 7, 2026

Respectfully submitted,

*<u>/s/ Qin Zhuang</u>*
Qin Zhuang
870 Sunset Ave, Haworth, NJ 07641
201-905-4195
zhuangqin@zhuangip.com
***Counsel for Plaintiff***

**EXHIBIT 1**

| No. | Defendant Store Name | Merchant ID | Settlement Amount (USD) |
|---|---|---|---|
| 1 | Blue Forest Online | A37DRVG9KGQBWF | $20,700 |
| 2 | rizhaoyilai | A2RKO0GZEHZJAH | $18,300 |
| 3 | EclatStore517 | A35LKGRIQPLENN | $6,100 |
| 4 | aozidianzike (7-14Days Delivery) | A2U18VPNZQ8BY6 | $4,800 |
| 5 | BaPuKeJi | A35OK7G1YQD37C | $4,800 |
| 6 | ArtisCult | A169CZH6HVFN0L | $4,600 |
| 7 | ChangZhiShiXinJueShiYanJingDian(GeRenDuZi) | A3N31KEF4O6DCS | $4,400 |
| 8 | guangzhoubinglingshangmaoyouxiangongsi | A2U73M2H3Z4U82 | $5,400 |
| 9 | caiHongDianZi | A2A8WMM0OHBF16 | $2,800 |
| 10 | HFDXF675 | A19BPFAJYNSYN5 | $2,600 |
| 11 | guangzhoulaiaowangluokejiyouxiangongsi | A2496K4LMI9U2G | $1,600 |
| 12 | biulei | A36KYV1NI7VK8X | $2,900 |
| 13 | EclatStore307 | AUVRC1NBNZ6J9 | $1,600 |
| 14 | Btfzjdfan | A3JOO44GFR9N9N | $1,500 |
| 15 | huanghaidongdewangdian | AA7CXCX5WCL4Q | $44,300 |
| 16 | doranda bell | A35FZAMU6UTPCN | $12,900 |
| 17 | GIFT STORMING | A32K3JGJROQNGN | $2,000 |
| 18 | Customized jersey shop | A1C1LUTPUF9DHJ | $1,700 |
| 19 | BoZhouShiXiangYuZhongYaoCaiZhongZhiYouXianGongSi | A28M3U1XYD5JHS | $1,600 |
| 20 | chenyuweius | ARSPSK8N3AQN4 | $1,100 |
| 21 | caowenlan | A3KPA6FB0LV1JL | $5,900 |
| 22 | chenzhongshan542 | A3UKJOVRU1UIJZ | $2,200 |
| 23 | FOCKSHOP | A347ECM5AT6E26 | $4,000 |
| 24 | Big rooster | A14O6XCVHALG4Y | $3,800 |
| 25 | chenshangpeng art | A3QGK4JDRMS5SU | $3,500 |
| 26 | AboutSsan | A20U52A4SS0M4F | $3,000 |
| 27 | EclatStore218 | A3JXNEVCH6SIDJ | $2,500 |
| 28 | BBEARD | A34A3UQEUQI4DQ | $20,000 |
| 29 | canmangv95738 | A22FQ9P25G4PAO | $17,400 |
| 30 | baopinhuishangwumishu | A2V826P800IT6W | $15,300 |
| 31 | chaoyuejingpinshangmao | A1JLQR5DR3062R | $1,400 |

| | | | |
|---|---|---|---|
| 32 | ankangjianyiquananzhuangshigongchengyouxiangongsi | A1YOZXKZOP2JX5 | $1,300 |
| 33 | guangzhoucunluwangluokejiyouxiangongsi | A1WA763M05MPYW | $1,300 |
| 34 | hezhoushiyanxin | A1OUZX2LL385U2 | $1,200 |
| 35 | Acoustic Phonology | A6JDQIR9HZUPO | $4,700 |
| 36 | anningbupeidianzi | A1U0LVJA1ZRRHD | $1,000 |
| 37 | AGSHIELD | A16JH219K2DUAZ | $5,100 |
| 38 | EclatStore871 | A2RNDAF96CJJHI | $4,400 |
| 39 | dalianzhongyijidiananzhuanggongchengyouxiangongsi | A1I5E1M0G68CEG | $1,800 |
| 40 | FairyIsland-Sex Doll | A26FSU8TW6P6QE | 29,500 |
| 41 | Jing Yuan | A25L5VBCC47DXW | 17,700 |
| 42 | Ayekopo-US | A366QU9M03G1ZM | 3,500 |
| 43 | hdyfdf | A3NON6IWRRGY8C | 4,300 |
| 44 | AOJIE-US | A3QOHS2R62G0ZE | 2,200 |
| 45 | C360 Adult | AZLPPUR29BTLX | 4,500 |
| 46 | Beautiful-Encounter | A2N3XH8S59XKQR | 1,500 |
| 47 | Beravia Organic | AWFAS2GZD68TH | 4,100 |
| 48 | EclatStore705 | A1DPNO3HHYKJI0 | 3,500 |
| 49 | HRAYLI LIMITED | A3FN3PABZ5E71G | 5,000 |
| 50 | DajianAmz | ASP93U16ZN8OT | 4,900 |